Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. DISTRICT COURT
AUGUSTA DIV.
2022 AUG 10 P 4 55
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

James Lamont Taylor

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Capital One, National Association

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV122-105
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James Lamont Taylor
Street Address: 2023 Ashley Drive
City and County: Augusta; Richmond
State and Zip Code: Georgia; 30906
Telephone Number: (706)631-6774
E-mail Address: jltaylor1914@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Capital One, National Association
  Job or Title (if known): Bank; Finance Company
  Street Address: 4851 Cox Road
  City and County: Glen Allen; N/A
  State and Zip Code: Virginia; 23060
  Telephone Number: (877) 383-4802
  E-mail Address (if known): N/A

Defendant No. 2
  Name: N/A
  Job or Title (if known): N/A
  Street Address: N/A
  City and County: N/A
  State and Zip Code: N/A
  Telephone Number: N/A
  E-mail Address (if known): N/A

Defendant No. 3
  Name: N/A
  Job or Title (if known): N/A
  Street Address: N/A
  City and County: N/A
  State and Zip Code: N/A
  Telephone Number: N/A
  E-mail Address (if known): N/A

Defendant No. 4
  Name: N/A
  Job or Title (if known): N/A
  Street Address: N/A
  City and County: N/A
  State and Zip Code: N/A
  Telephone Number: N/A
  E-mail Address (if known): N/A

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Equal Credit Opportunity Act, 15 USC 1681, 15 USC 1691, 18 USC 242, 18 USC 1028, 15 USC 1602

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____N/A_____, is incorporated under the laws of the State of *(name)* _____N/A_____, and has its principal place of business in the State of *(name)* _____N/A_____.

Or is incorporated under the laws of *(foreign nation)* _____N/A_____, and has its principal place of business in *(name)* _____N/A_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____N/A_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A consumer credit transaction was completed on 05/16/2022, twice on, 05/17/2022 and 05/25/2022 and each application, an extension of credit was denied. (Exhibit, pages 1-4). After transaction is completed Credit is excluded from adverse actions and the denials discriminate against my rights as a creditor. Credit card was provided to complete consumer credit transactions.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am requesting the extension of credit that was received via each consumer credit transaction be extended directly to me, in their entirety. After each transaction, I received no benefits from them; only the defendant benefitted from the transactions. I would also like punitive damage of $555 million, because the defendant is a repeat offender.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

1. I am currently under emotional distress being an unemployed diabetic with little to no assistance and no transportation.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/26/2022

Signature of Plaintiff: James Lamont Taylor
Printed Name of Plaintiff: James Lamont Taylor

#### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Street Address: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address: N/A



**Capital One** <capitalone@offer.capitalone.com>
To: jltaylor1914@yahoo.com
Mon, May 16 at 8:19 PM

## Thank you for your interest in a Capital One® credit card.

James, unfortunately we were unable to approve your application at this time. We know you're disappointed. To help you understand why, we've explained the reason for this decision in a letter or email that you'll receive within 10 days.

**Important Information from Capital One**

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalone@offer.capitalone.com to your address book.

This email was sent to jltaylor1914@yahoo.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/contact.

Services are provided by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., Members FDIC.

© 2018 Capital One. Capital One is a federally registered service mark. 15000 Capital One Drive, Attn.: 12038-0111, Richmond, Virginia 23238. To contact us by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

40686 60548 C

**Capital One** &lt;capitalone@notification.capitalone.com&gt;
To: jltaylor1914@yahoo.com
Tue, May 17 at 7:19 PM

James,

Thanks for taking the time to apply for a Capital One® credit card. Unfortunately, we can't approve your application—and we want to make sure you understand why.

Go to your letter for information about why your application was declined.

Once you access your letter, you can download or print a copy for your records.

**Access Your Letter**

This link will expire on Jul 17, 2022.

Important Information from Capital One®

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to jltaylor1914@yahoo.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/support-center/contact-us.

Products and services are offered by the Capital One family of companies, including Capital One Bank (USA), N.A., and Capital One, N.A., Members FDIC.

S FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE...

Find messages, documents, photos or people

← Back Archive Move Delete Spam •••

**Capital One** <capitalone@notification.capitalone.com> Tue, May 17 at 7:27 PM
To: jltaylor1914@yahoo.com

James,

Thanks for taking the time to apply for a Capital One® credit card. Unfortunately, we can't approve your application—and we want to make sure you understand why.

Go to your letter for information about why your application was declined.

Once you access your letter, you can download or print a copy for your records.

Access Your Letter

**This link will expire on Jul 17, 2022.**

**Important Information from Capital One®**

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to jltaylor1914@yahoo.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/support-center/contact-us.

Products and services are offered by the Capital One family of companies, including Capital One Bank (USA), N.A., and Capital One, N.A., Members FDIC.

yahoo! mail

Reclai

Make roor
when you

Try it fr

FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE...

Find messages, documents, photos or people

Back Archive Move Delete Spam •••

**Capital One** <capitalone@notification.capitalone.com> Wed, May 25 at 12:05 AM
To: jltaylor1914@yahoo.com

James,

Thanks for taking the time to apply for a Capital One® credit card. Unfortunately, we can't approve your application—and we want to make sure you understand why.

Go to your letter for information about why your application was declined.

Once you access your letter, you can download or print a copy for your records.

Access Your Letter

**This link will expire on Jul 25, 2022.**

**Important Information from Capital One®**

Contact Us | Privacy | Help Prevent Fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to jltaylor1914@yahoo.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/support-center/contact-us.

Products and services are offered by the Capital One family of companies, including Capital One Bank (USA), N.A., and Capital One, N.A., Members FDIC.

yahoo! mail
Reclai
Make roor
when you
Try it fr



